162 So.2d 496

T. H. SCOTT

v.

STATE.

8 Div. 164.

Supreme Court of Alabama.

March 19, 1964.

Richmond M. Flowers, Atty. Gen., and David Ellwanger, Wm. G. O'Rear and John D. Bonham, Asst. Attys. Gen., for petitioner.

H. Neil Taylor, Russellville, opposed.

GOODWYN, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision in Scott v. State, 162 So.2d 496 (8 Div. 919).

Writ denied.

LIVINGSTON, C. J., and LAWSON and COLEMAN, JJ., concur.